UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION




CASE NO. **97-1341 CIV - KING**
Judge **MAGISTRATE BANDSTRA**

| JCS INC., a Colorado corporation, JON SMALLEGAN and CARROLL SMALLEGAN, |
|---|
| Plaintiffs, |
| v. |
| PRN FRANCHISE SYSTEMS, INC., NURSES PRN OF DENVER, INC., a Florida corporation and PRN, INC., a Florida corporation, |
| Defendants. |

NOTICE OF REMOVAL

The Defendants, PRN FRANCHISE SYSTEMS, INC., NURSES PRN OF DENVER, INC., and PRN, INC., pursuant to 28 U.S.C. §1446, hereby file their Notice of Removal of this action to the United States District Court for The Southern District of Florida, Miami Division, from the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, and states:

1. Plaintiff is a citizen of the State of Colorado and Defendants are citizens of the State of Florida.

2. This is an action where the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs; is between citizens of different States; and, therefore,



CASE NO.

the district courts shall have original jurisdiction over this civil action, pursuant to 28 U.S.C. §1332.

3. 28 U.S.C. §1441(a) states that:

> ... any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

Therefore, the defendant may remove this action to the above states district court of the United States.

4. In compliance with 28 U.S.C. §1446(a), the defendant attaches hereto a copy of the Summons and Complaint served upon it in the State Court action.

WHEREFORE, the Defendants respectfully request that this matter now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Florida and entitled <u>JCS, Inc. et al. v. PRN Franchise Systems, et al.</u>, Case No. 97-7623 CA 32, be removed to this Court.

Respectfully submitted,

SEMET, LICKSTEIN, MORGENSTERN,
BERGER, BROOKE & GORDON, P.A.
201 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
(305) 444-1400

By: _____
PAUL S. BERGER
Attorney for Defendants
Fla. Bar No. 094073

-2-

CASE NO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and mailed this 28th day of April, 1997 to Ned Kimmelman, Esq., NED KIMMELMAN, P.A., Lake Wyman Plaza, Suite 157, 2424 N. Federal Highway, Boca Raton, Florida 33431.

                         SEMET, LICKSTEIN, MORGENSTERN,
                         BERGER, BROOKE & GORDON, P.A.
                         201 Alhambra Circle, Suite 1200
                         Coral Gables, Florida 33134
                         (305) 444-1400

By: _____
                         PAUL S. BERGER
                         Attorney for Defendants
                         Fla. Bar No. 094073

[eel] W:\6660\008\NOTICE03.EEL{4/28/97-14:13}

-3-

Semet, Lickstein, Morgenstern, Berger, Brooke & Gordon, P.A. • 201 Alhambra Circle, Coral Gables, Florida 33134 • (305) 444-1400

# CIVIL COVER SHEET   97-1341

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

JCS INC., a Colorado corporation, JON SMALLEGAN and CARROLL SMALLEGAN,

## DEFENDANTS   CIV - KING

PRN FRANCHISE SYSTEMS, INC., NURSES PRN OF DENVER, INC., a Florida corporation and PRN, INC., a Florida corporation,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  El Paso (Colorado)
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Dade   **MAGISTRATE**
(IN U.S. PLAINTIFF CASES ONLY)                          **BANDSTRA**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A:Dade : 97cv1341 King/Bandstra

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Ned Kimmelman, Esq.    (561) 395-8565
Lake Wyman Plaza, Suite 157
2424 N. Federal Highway, Boca Raton, Fla.

ATTORNEYS (IF KNOWN)
Paul S. Berger, Esq.   (305) 444-1400
Semet, Lickstein, et al., P.A.
201 Alhambra Circles, Suite 1200, Coral Gables, Florida 33134

(d) CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

IVa. 1 days estimated (for both sides) to try entire case.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| A | A / PERSONAL INJURY / PERSONAL INJURY | B | A | A |
| ☐ 110 Insurance | ☐ 310 Airplane / ☐ 362 Personal Injury— Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 630 Liquor Laws | PROPERTY RIGHTS | B ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | A | ☐ 460 Deportation |
|  |  | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent |  |
| B ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
|  |  | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| B ☒ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / B ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
|  | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | A | B |  |
| ☐ 160 Stockholders' Suits |  | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| X 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | B ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability |  |  | ☐ 863 DIWC/DIWW (405(g)) |  |
|  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | B PRISONER PETITIONS |  | ☐ 894 Energy Allocation Act |
| A | A |  | ☐ 865 RSI (405(g)) |  |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| B ☐ 220 Foreclosure | ☐ 442 Employment |  | A |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land |  | ☐ 740 Railway Labor Act |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | * ☐ 530 General | B ☐ 791 Empl. Ret. Inc. Security Act |  |
|  |  | ☐ 535 Death Penalty |  | * ☐ 890 Other Statutory Actions *A or B |
|  |  | * ☐ 540 Mandamus & Other |  |  |
|  |  | ☐ 550 Civil Rights |  |  |
|  |  | *A or B |  |  |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ Excess $500,000.

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions): (None)

JUDGE _____   DOCKET NUMBER _____

DATE: April 29, 1997

SIGNATURE OF ATTORNEY OF RECORD: Paul S. Berger, Esq.

FOR OFFICE USE ONLY: Receipt No. 675993   Amount: 150.00
Date Paid: 04/29/97   N/ifp: _____

UNITED STATES DISTRICT COURT
S/F I-2
REV. 6/90